UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                        CASE NO. 3:20-CR-30013-001

DAVID WAYNE KELCH                                                                       DEFENDANT

## ORDER

As ordered from the bench in the sentencing hearing conducted this same day, the Court ADOPTS the report and recommendation (Doc. 23) entered in this case and accepts Defendant's plea of guilty to Count 1 of the information.

IT IS SO ORDERED this 7th day of April, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE